WILLIAM M. KUNTZ   # 153052
Attorney at Law
1860 Chicago Avenue, Suite G-11
Riverside, CA 92507
(951) 788-4536
Fax (951) 788-4518
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff
Rebecca Segovia

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| REBECCA SEGOVIA, | No.  EDCV 05-00536 SGL |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| JO ANNE B. BARNHART Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND NINE HUNDRED EIGHTY-THREE DOLLARS and no/cents ($1,983.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: July 5, 2006

/s/ Stephen G. Larson
UNITED STATES DISTRICT JUDGE

1